HERMAN C. JONGEBLOED, as Administrator of the Estates of KATHRYN JONGEBLOED, ROBERT JONGEBLOED and ELAINE JONGE-BLOED, Deceased, Appellant, *v.* ERIE RAILROAD COMPANY, Respondent.

Argued May 22, 1947; decided July 2, 1947.

*Arthur A. Beaudry* for appellant.

*William H. Timbers, William R. Meagher* and *Cleveland C. Cory* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J.; LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.